**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-01553-REB-KLM

THE PHOENIX INSURANCE COMPANY, a Connecticut insurance company, and
ST. PAUL SURPLUS LINES INSURANCE COMPANY, a Connecticut insurance
company,

      Plaintiffs,

v.

TRINITY UNIVERSAL INSURANCE COMPANY OF KANSAS, a Kansas insurance
company,
TRINITY UNIVERSAL INSURANCE OF KANSAS, a Kansas insurance company,
TRINITY UNIVERSAL INSURANCE COMPANY, a Texas insurance company,
ZURICH AMERICAN INSURANCE COMPANY, a New York insurance company,
STATE FARM INSURANCE COMPANY, an Illinois insurance company,
THE CINCINNATI INSURANCE COMPANY, an Ohio insurance company,
MOUNTAIN STATES INSURANCE GROUP, a New Mexico insurance company,
CONTINENTAL WESTERN INSURANCE COMPANY, an Iowa insurance company,
and
COLORADO CASUALTY INSURANCE COMPANY, a Colorado insurance company,

      Defendants.

---

**ORDER APPROVING VOLUNTARY DISMISSAL OF DEFENDANTS
THE CINCINNATI INSURANCE COMPANY AND
CONTINENTAL WESTERN INSURANCE COMPANY, ONLY**

---

**Blackburn, J.**

      The following matters are before the court for consideration: (1) plaintiffs'

**Voluntary Dismissal - The Cincinnati Insurance Company** [#9][1]; and (2) plaintiffs'

**Voluntary Dismissal - Continental Western Insurance Company** [#10] both filed July

31, 2012.  After reviewing the documents and the record, I conclude that the voluntary

---

[1] "[#9]" is an example of the convention I use to identify the docket number assigned to a specific
paper by the court's electronic case filing and management system (CM/ECF). I use this convention
throughout this order.

dismissals of The Cincinnati Insurance Company and Continental Western Insurance Company should be approved and plaintiffs' claims against these two defendants should be dismissed.

**THEREFORE, IT IS ORDERED** as follows:

1. That plaintiffs' **Voluntary Dismissal - The Cincinnati Insurance Company** [#9] filed July 31, 2012, is **APPROVED**;

2. That plaintiffs' claims against defendant The Cincinnati Insurance Company are **DISMISSED**;

3. That  plaintiffs' **Voluntary Dismissal - Continental Western Insurance Company** [#10] filed July 31, 2012, is **APPROVED**;

4. That plaintiffs' claims against defendant Continental Western Insurance Company are **DISMISSED**; and

5. That defendants The Cincinnati Insurance Company and Continental Western Insurance Company are **DROPPED** as named parties to this action, and the case caption is amended accordingly.

Dated July 31, 2012, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge

2