**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-01553-REB-KLM

THE PHOENIX INSURANCE COMPANY, a Connecticut insurance company, and
ST. PAUL SURPLUS LINES INSURANCE COMPANY, a Connecticut insurance company,

 Plaintiffs,

v.

TRINITY UNIVERSAL INSURANCE COMPANY OF KANSAS, a Kansas insurance company,
TRINITY UNIVERSAL INSURANCE OF KANSAS, a Kansas insurance company,
TRINITY UNIVERSAL INSURANCE COMPANY, a Texas insurance company,
ZURICH AMERICAN INSURANCE COMPANY, a New York insurance company,
STATE FARM FIRE AND CASUALTY COMPANY, an Illinois insurance company,
MOUNTAIN STATES MUTUAL CASUALTY COMPANY, a New Mexico insurance company,
MOUNTAIN STATES INDEMNITY COMPANY, a New Mexico insurance company, and
COLORADO CASUALTY INSURANCE COMPANY, a Colorado insurance company,

 Defendants.

**ORDER OF DISMISSAL AS TO
COLORADO CASUALTY INSURANCE COMPANY, ONLY**

**Blackburn, J.**

 The matter is before me on the **Stipulation and Order of Dismissal of Claims Against Colorado Casualty Insurance Company** [#52][1] filed December 3, 2012. After reviewing the stipulation and the record, I conclude that the stipulation should be approved and that plaintiffs' claims against defendant Colorado Casualty Insurance

---

[1] "[#52]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

Company should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation and Order of Dismissal of Claims Against Colorado Casualty Insurance Company** [#52] filed December 3, 2012, is **APPROVED**;

2. That plaintiffs' claims against defendant Colorado Casualty Insurance Company are **DISMISSED WITHOUT PREJUDICE**; and

3. That defendant Colorado Casualty Insurance Company is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

Dated December 3, 2012, at Denver, Colorado.

                                    **BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge