**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-01553-REB-KLM

THE PHOENIX INSURANCE COMPANY, a Connecticut insurance company, and
ST. PAUL SURPLUS LINES INSURANCE COMPANY, a Connecticut insurance company,

    Plaintiffs,

v.

TRINITY UNIVERSAL INSURANCE COMPANY OF KANSAS, a Kansas insurance company,
TRINITY UNIVERSAL INSURANCE OF KANSAS, a Kansas insurance company,
TRINITY UNIVERSAL INSURANCE COMPANY, a Texas insurance company,
ZURICH AMERICAN INSURANCE COMPANY, a New York insurance company,
STATE FARM FIRE AND CASUALTY COMPANY, an Illinois insurance company,
MOUNTAIN STATES MUTUAL CASUALTY COMPANY, a New Mexico insurance company, and
MOUNTAIN STATES INDEMNITY COMPANY, a New Mexico insurance company,

    Defendants.

**ORDER OF DISMISSAL AS TO DEFENDANT
MOUNTAIN STATES INDEMNITY COMPANY, ONLY**

**Blackburn, J.**

The matter is before me on the **Stipulation of Dismissal** [#57][1] filed December 6, 2012. After reviewing the stipulation and the record, I conclude that the stipulation should be approved and that plaintiffs' claims against defendant Mountain States Indemnity Company should be dismissed without prejudice.

---

[1] "[#57]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation of Dismissal** [#57] filed December 6, 2012, is **APPROVED**;

2. That plaintiffs' claims against defendant Mountain States Indemnity Company are **DISMISSED WITHOUT PREJUDICE** with each of the affected parties to pay its own attorney fees and costs; and

3. That defendant Mountain States Indemnity Company is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

Dated December 7, 2012, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge