**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-01553-REB-KLM

THE PHOENIX INSURANCE COMPANY, a Connecticut insurance company, and
ST. PAUL SURPLUS LINES INSURANCE COMPANY, a Connecticut insurance company,

    Plaintiffs,

v.

TRINITY UNIVERSAL INSURANCE COMPANY OF KANSAS, a Kansas insurance company,
TRINITY UNIVERSAL INSURANCE OF KANSAS, a Kansas insurance company,
TRINITY UNIVERSAL INSURANCE COMPANY, a Texas insurance company,
ZURICH AMERICAN INSURANCE COMPANY, a New York insurance company,
STATE FARM FIRE AND CASUALTY COMPANY, an Illinois insurance company, and
MOUNTAIN STATES MUTUAL CASUALTY COMPANY, a New Mexico insurance company,

    Defendants.

## MINUTE ORDER[1]

    The matter is before the court on plaintiffs The Phoenix Insurance Company and St. Paul Surplus Lines Insurance Company's **Unopposed Motion For Amending the Declaration of Nick D'Agostino** [#74] filed March 25, 2013. The motion is **GRANTED**, and the **Amended Declaration of Nick D'Agostino in Support of Plaintiffs' Motion For Partial Summary Judgment Against Defendant Mountain States Mutual Casualty Company Re: Liability** [#74-1] is accepted for filing.

    Dated: March 26, 2013

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.