IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01553-REB-KLM

THE PHOENIX INSURANCE COMPANY, a Connecticut insurance company, and
ST. PAUL SURPLUS LINES INSURANCE COMPANY, a Minnesota insurance company,

    Plaintiffs,

v.

TRINITY UNIVERSAL INSURANCE COMPANY OF KANSAS, a Kansas insurance company,
TRINITY UNIVERSAL INSURANCE OF KANSAS, a Kansas insurance company,
TRINITY UNIVERSAL INSURANCE COMPANY, a Texas insurance company,
ZURICH AMERICAN INSURANCE COMPANY, a New York insurance company,
STATE FARM FIRE AND CASUALTY COMPANY, an Illinois insurance company, and
MOUNTAIN STATES MUTUAL CASUALTY COMPANY, a New Mexico insurance company,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant State Farm Fire and Casualty Company's ("State Farm") **Unopposed Motion to Modify the Scheduling Order** [Docket No. 88; April 25, 2013] (the "Motion"). In the Motion State Farm requests a 30-day extension of the rebuttal expert disclosure deadline and a 24-day extension of the discovery deadline. State Farm states in its Motion that "[t]he modified deadlines proposed in this unopposed motion will . . . have no effect on any other established deadlines, including the dispositive motion deadline." *Motion* [#88] at 4.

    IT IS HEREBY **ORDERED** that the Motion [#88] is **GRANTED**. The Scheduling Order entered on December 3, 2012 [#56] and amended on March 4, 2013 [#67], is further modified to extend the following deadlines:

- Rebuttal Expert Disclosure Deadline    **June 3, 2013**
- Discovery Deadline    **June 24, 2013**

No further extensions of time will be permitted absent extraordinary circumstances.

    Dated:  April 25, 2013