**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  12-cv-01553-REB-KLM

THE PHOENIX INSURANCE COMPANY, a Connecticut insurance company, and
ST. PAUL SURPLUS LINES INSURANCE COMPANY, a Connecticut insurance company,

    Plaintiffs,

v.

TRINITY UNIVERSAL INSURANCE COMPANY OF KANSAS, a Kansas insurance company,
TRINITY UNIVERSAL INSURANCE OF KANSAS, a Kansas insurance company,
TRINITY UNIVERSAL INSURANCE COMPANY, a Texas insurance company,
ZURICH AMERICAN INSURANCE COMPANY, a New York insurance company,
STATE FARM FIRE AND CASUALTY COMPANY, an Illinois insurance company, and
MOUNTAIN STATES MUTUAL CASUALTY COMPANY, a New Mexico insurance company,

    Defendants.

**ORDER OF DISMISSAL AS TO DEFENDANT ZURICH AMERICAN INSURANCE COMPANY, ONLY**

**Blackburn, J.**

The matter is before me on the **Stipulation For Dismissal With Prejudice of All Claims Against Zurich American Insurance Company** [#115][1] filed June 20, 2013. After reviewing the stipulation and the record, I conclude that the stipulation should be approved and that plaintiffs' claims against defendant, Zurich American Insurance Company, should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

---

[1] "[#115]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

1. That the **Stipulation For Dismissal With Prejudice of All Claims Against Zurich American Insurance Company** [#115] filed June 20, 2013, is **APPROVED**;

2. That plaintiffs' claims against defendant, Zurich American Insurance Company, are **DISMISSED WITH PREJUDICE**, with each of the affected parties to pay its own attorney fees and costs; and

3. That defendant, Zurich American Insurance Company, is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

Dated June 21, 2013, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge