**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  12-cv-01553-REB-KLM

THE PHOENIX INSURANCE COMPANY, a Connecticut insurance company, and
ST. PAUL SURPLUS LINES INSURANCE COMPANY, a Connecticut insurance company,

    Plaintiffs,

v.

TRINITY UNIVERSAL INSURANCE COMPANY OF KANSAS, a Kansas insurance company,
TRINITY UNIVERSAL INSURANCE OF KANSAS, a Kansas insurance company,
TRINITY UNIVERSAL INSURANCE COMPANY, a Texas insurance company,
STATE FARM FIRE AND CASUALTY COMPANY, an Illinois insurance company, and
MOUNTAIN STATES MUTUAL CASUALTY COMPANY, a New Mexico insurance company,

    Defendants.

**ORDER OF DISMISSAL AS TO STATE FARM FIRE
& CASUALTY COMPANY, ONLY**

**Blackburn, J.**

    The matter is before me on the **Stipulation For Dismissal With Prejudice of Defendant State Farm Fire & Casualty Company** [#157][1] filed July 30, 2013.  After reviewing the stipulation and the record, I conclude that the stipulation should be approved and that plaintiffs' claims against defendant, State Farm Fire & Casualty Company, should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

---

[1] "[#157]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

1.  That the **Stipulation For Dismissal With Prejudice of Defendant State Farm Fire & Casualty Company** [#157] filed July 30, 2013, is **APPROVED**;

2.  That plaintiffs' claims against defendant, State Farm Fire & Casualty Company, are **DISMISSED WITH PREJUDICE**;

3.  That any pending motion filed on behalf of defendant, State Farm Fire & Casualty Company, is **DENIED** as moot; and

4.  That defendant, State Farm Fire & Casualty Company, is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

Dated July 30, 2013, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge