IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01553-REB-KLM

THE PHOENIX INSURANCE COMPANY, a Connecticut insurance company, and
ST. PAUL SURPLUS LINES INSURANCE COMPANY, a Minnesota insurance company,

 Plaintiffs,

v.

TRINITY UNIVERSAL INSURANCE COMPANY OF KANSAS, a Kansas insurance company,
TRINITY UNIVERSAL INSURANCE OF KANSAS, a Kansas insurance company,
TRINITY UNIVERSAL INSURANCE COMPANY, a Texas insurance company, and
MOUNTAIN STATES MUTUAL CASUALTY COMPANY, a New Mexico insurance company,

 Defendants.
_____

## MINUTE ORDER
_____
**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on **Defendant Mountain States Mutual Casualty Company's Partial Joinder to State Farm Fire and Casualty Company's Motion for Partial Summary Judgment Re: Damages** [Docket No. 124; Filed June 27, 2013] (the "Joinder Motion"). On July 31, 2013, the Court dismissed all claims against Defendant State Farm Fire & Casualty Company ("State Farm") and denied as moot all pending motions filed by State Farm [#158]. As a result, Defendant State Farm's Motion for Partial Summary Judgment Re: Damages [#113] was denied as moot. Accordingly,

IT IS HEREBY **ORDERED** that the Joinder Motion [#124] is **DENIED as moot**.

Dated: August 1, 2013